JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARL'S JR. RESTAURANTS, LLC dba CARL'S JR. / GREEN BURRITO #1100397; SIMI ENTERTAINMENT PLAZA, LLC,<br><br>    Defendants. | Case No. 2:17-cv-00626-AB-AJW<br><br>**[PROPOSED] JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF**<br><br>Hon. Judge André Birotte Jr. |

**JUDGMENT**

The Court, having granted summary judgment on March 1, 2018, in favor of Defendants Carl's Jr. Restaurants, LLC and Simi Entertainment Plaza, LLC,

IT IS HEREBY ORDERED, ADJUDGED and DECREED as following:

1. Plaintiff Michael Rocca shall take nothing on his complaint against Carl's Jr. Restaurants, LLC and Simi Entertainment Plaza, LLC;
2. This Action is dismissed with prejudice in its entirety.

Dated: April 09, 2018

HON. ANDRE BIROTTE JR.
*United States District Judge*